**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF TEXAS

Case number (if known): _____    Chapter  **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **PrimaLend Capital Partners, LP** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1650313** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3460 Lotus Drive, Suite 100** <br> **Plano, TX 75075** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Collin** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.primalend.com**

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ■ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor  **PrimaLend Capital Partners, LP**   Case number (*if known*) _____
  Name

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>■ None of the above<br><br>B. *Check all that apply*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.<br>    __5222__ |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11. *Check **all** that apply*:<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ■ No.<br>☐ Yes.<br><br>District _____  When _____  Case number _____<br>District _____  When _____  Case number _____ |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>■ Yes. |

Debtor **PrimaLend Capital Partners, LP**         Case number (*if known*)
   Name

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor **See Attachment** | When | Relationship |
| District | | Case number, if known |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☒ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☒ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☒ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **PrimaLend Capital Partners, LP**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 22, 2025**
MM / DD / YYYY

X **/s/ Mark Jensen**
Signature of authorized representative of debtor

**Mark Jensen**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Jason P. Kathman**
Signature of attorney for debtor

Date **October 22, 2025**
MM / DD / YYYY

**Jason P. Kathman**
Printed name

**Spencer Fane**
Firm name

**5700 Granite Parkway**
**Suite 650**
**Plano, TX 75024**
Number, Street, City, State & ZIP Code

Contact phone **972-324-0300**     Email address **jkathman@spencerfane.com**

**24070036 TX**
Bar number and State

Debtor **PrimaLend Capital Partners, LP** Case number (*if known*)
Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF TEXAS

Case number *(if known)*     Chapter **11**

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Good Floor Loans LLC** | | Relationship to you | **Affiliate** |
| District | **Northern District of Texas, Fort Worth Division** | When **10/22/25** | Case number, if known | |
| Debtor | **LNCMJ Management, LLC** | | Relationship to you | **Affiliate** |
| District | **Northern District of Texas, Fort Worth Division** | When **10/22/25** | Case number, if known | |

**Omnibus Written Consent of the Board of Managers,
and Members of LNCMJ Management, LLC,
a Texas limited liability company**

Pursuant to the provisions of the Texas Business Organizations Code and Sections 3.07 and 6.01 of the Amended and Restated Limited Liability Company Agreement (the "**Amended LLC Agreement**") of LNCMJ Management, LLC ("**LNCMJ**"), a Texas limited liability company, with the consent of the Members of LNCMJ, HEREBY CONSENTS to the adoption of the following resolutions.

WHEREAS, Mark A. Jensen, Kellie Casse, and Matthew Kahn constitute the Board of Managers of LNCMJ (the "**Board**");

WHEREAS, Mark A. Jensen and Christi M. Jensen are the members of LNCMJ (the "**Members**");

WHEREAS, LNCMJ is the general partner of PCAP Holdings LP ("**PCAP**") and PrimaLend Capital Partners, LP ("**PCP**");

WHEREAS, PCAP owns all of the limited partnership interests in PCP, and all of the equity interests in Good Floor Loans LLC ("**GFL**") (LNCMJ, PCP, and GFL each being referred to as, a "**Filing Company**" and, collectively, the "**Filing Companies**");

WHEREAS, the Board has considered the financial and operational aspects of each of the Filing Company's businesses and has determined that it is desirable and in the best interests that the Filing Companies, their creditors, equity holders, and other interested parties that each of the Filing Companies file a petition seeking relief under the provisions of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"); and

WHEREAS, the Members consent to undertake the actions memorialized herein pursuant to Section 6.01(c)(ii) of the Amended LLC Agreement.

NOW, THEREFORE BE IT RESOLVED that the Board has considered its fiduciary duties under applicable law in exercising their powers and discharging its duties, to act honestly and in good faith with a view to the best interests of each Filing Company as a whole, and to exercise the care, diligence, and skill that a reasonably prudent person would exercise in comparable circumstances;

RESOLVED FURTHER, that in the judgment of the Board, it is desirable and in the best interests of each Filing Company, its interest holders, its subsidiaries, its creditors, and other parties in interests that the Filing Companies shall be, and hereby is, in all respects authorized to file, or cause to be filed, voluntary petitions for the Filing Company under the provisions or under chapter 11 of the Bankruptcy Code and cause the same to be filed in the United States Bankruptcy Court for the Northern District of Texas at such time as the Board shall determine;

1

RESOLVED FURTHER, that any manager of the Board, or duly appointed officer of the Filing Company as the Board shall, from time to time, designate (together with any persons to whom such persons delegate certain responsibilities, collectively, the "**Authorized Persons**"), be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Filing Company to execute and file all petitions, schedules, lists, and other papers, and to take any and all actions that the Board may deem necessary or proper in connection with the chapter 11 case;

RESOLVED FURTHER, that each of the Authorized Persons, acting individual and with full power of substitution, be, and hereby is, authorized, empowered and directed to employ the following professionals on behalf of the Filing Companies: (1) the law firm of Spencer Fane LLP ("**Spencer Fane**"), as general bankruptcy counsel; (2) the firm of FTI Consulting, Inc. ("**FTI**"), as financial advisor, (3) Houlihan Lokey, Inc. ("**Houlihan**"), as investment banker; (4) Stretto, Inc. ("**Stretto**"), as claims, noticing, and solicitation agent; and (5) any other legal counsel (including specifically, Willkie Farr & Gallagher LLP), accountants, financial advisors, restructuring advisors, or other professionals such Authorized Person deems necessary, appropriate, or advisable; each to represent and assist the Filing Company in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and any applicable law (including, but not limited to, the law firms filing any pleadings or responses) and to take any and all actions to advance the rights and obligations of each Filing Company, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Persons be, and hereby is authorized, empowered, and directed, in accordance with the terms and conditions hereof, to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain such services;

RESOLVED FURTHER, that Ms. Tanya Meerovich, be and hereby is, appointed the Chief Restructuring Officer of the Filing Companies, as of the October 22, 2025 (the "**Petition Date**") hereof, in accordance with the terms and conditions of the engagement letter entered into between each of the Filing Companies and FTI, which terms and conditions shall be and are hereby incorporated by reference;

RESOLVED FURTHER, that Ms. Tanya Meerovich be and hereby is, authorized to execute and file on behalf of the Filing Companies all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that Ms. Meerovich deems necessary or proper to obtain relief for the Filing Companies, including, but not limited to, any action necessary or proper to maintain the ordinary course operations of the Filing Companies, and shall be deemed to have such other powers as any Authorized Person is delegated by the governing bodies of the Filing Companies pursuant to these resolutions pertaining to the voluntary petition for relief under chapter 11 of title 11 of the United State Code and other applicable bankruptcy or non-bankruptcy law;

RESOLVED FURTHER, that the Board is authorized and empowered in the name and on behalf of the Filing Company, to (i) take or cause to be taken any and all such further actions and to prepare, execute and deliver or cause to be prepared, executed and delivered, and where necessary or appropriate, file or cause to be filed with the appropriate governmental authorities, all such other instruments and documents, (ii) incur and pay or cause to be paid all fees and expenses and (iii) engage such persons as such Board in its sole discretion, may determine to be necessary or

**RESOLUTION OF THE BOARD OF LNCMJ MANAGEMENT LLC – PAGE 2 OF 4**

appropriate to carry out fully the intent and purposes of the foregoing resolutions and each of the transactions contemplated thereby, such determination to be conclusively established by the taking or causing of any such further action;

RESOLVED FURTHER, that (i) the form, terms and provisions of the DIP Term Sheet received from PCP's secured lenders, (ii) the execution, delivery and performance thereof, and (iii) the consummation of the transactions related thereto is hereby authorized and approved in all respects, and each of the Authorized Persons, any of whom may act without any of the others, be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Companies, to enter into, execute, deliver and perform, the DIP Term Sheet received from PCP's secured lenders and any amendments or modifications thereto, with such changes, modifications, additions, deletions and amendments thereto as any Authorized Representative in his or her sole discretion shall deem required, necessary, appropriate, desirable or advisable, the approval of which shall be conclusively established by the execution and delivery thereof;

RESOVED FURTHER, that all lawful actions of any kind previously taken by the Board of the Filing Company, or any person or persons designated or authorized to act by the Filing Company, which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed, approved and adopted as acts of the Filing Companies;

RESOLVED FURTHER, that these resolutions may be executed by facsimile, telecopy, or other reproduction, and such execution shall be considered valid, binding and effective for all purposes.

IN WITNESS WHEREOF, the undersigned, being the Board of LNCMJ Management LLC, has executed this written consent to be effective as of this 21 day of October, 2025.

BOARD OF MANAGERS

By: *Mark A. Jensen*  
Name: Mark A. Jensen

By: _____  
Name: Kellie Casse

By: _____  
Name: Matthew Kahn

**RESOLUTION OF THE BOARD OF LNCMJ MANAGEMENT LLC – PAGE 3 OF 4**

necessary or appropriate to carry out fully the intent and purposes of the foregoing resolutions and each of the transactions contemplated thereby, such determination to be conclusively established by the taking or causing of any such further action;

RESOLVED FURTHER, that (i) the form, terms and provisions of the DIP Term Sheet received from PCP's secured lenders, (ii) the execution, delivery and performance thereof, and (iii) the consummation of the transactions related thereto is hereby authorized and approved in all respects, and each of the Authorized Persons, any of whom may act without any of the others, be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Companies, to enter into, execute, deliver and perform, the DIP Term Sheet received from PCP's secured lenders and any amendments or modifications thereto, with such changes, modifications, additions, deletions and amendments thereto as any Authorized Representative in his or her sole discretion shall deem required, necessary, appropriate, desirable or advisable, the approval of which shall be conclusively established by the execution and delivery thereof;

RESOVED FURTHER, that all lawful actions of any kind previously taken by the Board of the Filing Company, or any person or persons designated or authorized to act by the Filing Company, which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed, approved and adopted as acts of the Filing Companies;

RESOLVED FURTHER, that these resolutions may be executed by facsimile, telecopy, or other reproduction, and such execution shall be considered valid, binding and effective for all purposes.

IN WITNESS WHEREOF, the undersigned, being the Board of LNCMJ Management LLC, has executed this written consent to be effective as of this 21 day of October, 2025.

BOARD OF MANAGERS

By: _____
Name: Mark A. Jensen


By: _____
Name: Kellie Casse


By: _/s/ Matthew Kahn_____
Name: Matthew Kahn

**RESOLUTION OF THE BOARD OF LNCMJ MANAGEMENT LLC – PAGE 3 OF 4**

**Consent of Members:**

By: *Mark A. Jensen* Date: 10/21/2025
Mark A. Jensen

By: *Christi M. Jensen* Date: 10/21/2025
Christi M. Jensen

# United States Bankruptcy Court
## Northern District of Texas

In re  **PrimaLend Capital Partners, LP**　　　　　　　　Case No. _____

　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ovation Alternative Income Master Fund LP**<br>1717 West 6th Street, Suite 380<br>Austin, TX 78703 | | 31.47% | Limited Partnership Interests |
| **PrimaLend Capital Group, Inc.**<br>3460 Lotus Drive, Suite 100<br>Plano, TX 75075 | | 34.22% | Limited Partnership Interests |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　I, the **Chief Restructuring Officer** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 22, 2025**　　　　　　　　Signature  **/s/ Tanya Meerovich**
　　　　　　　　　　　　　　　　　　　　　　　　　　 **Tanya Meerovich**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders