# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PRIMALEND CAPITAL PARTNERS, LP, | § | Case No. 25-90013 (MXM) |
| | § | |
| Debtor. | § | (Joint Administration Requested) |

**ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN**
**ORDER JOINTLY ADMINISTERING THE AFFILIATED DEBTORS**

After reviewing the *Debtors' Emergency Motion for Entry of an Order Jointly Administering the Affiliated Debtors* (the "**Motion**") filed by PrimaLend Capital Partners, LP ("**PCP**"); LNCMJ Management, LLC ("**LNCMJ**"); and Good Floor Loans LLC ("**GFL**") (collectively, the "**Debtors**"), pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015-1 of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the Northern District of Texas (the "**N.D. Tex. L.B.R.**") seeking joint administration of the bankruptcy cases, the Court finds that it has jurisdiction over the matter pursuant to 28 U.S.C §§ 157 and 1334(b), and that venue is proper in

this district pursuant to 28 U.S.C. §§ 1408 and 1409. The Court finds that the Motion has merit. It is therefore,

**ORDERED** that the Motion is **GRANTED** as provided herein. It is further,

**ORDERED** that the Debtors are **GRANTED** procedural consolidation of their cases and joint administration styled under the caption:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** § § | | **Chapter 11** |
| **PRIMALEND CAPITAL PARTNERS, LP**, *et al.*[1] § § | | **Case No. 25-90013 (MXM)** |
| **Debtors.** § | | **(Jointly Administered)** |

It is further,

**ORDERED** that the Clerk of Court shall enter a notation reflecting the joint administration of the Debtors' cases in substantially the following form on each of the Debtors' dockets:

> An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas directing the joint administration of the chapter 11 cases of PrimaLend Capital Partners, LP, Good Floor Loans, LLC, and LNCMJ Management, LLC. The docket in Case No. 25-90013 should be consulted for all matters affecting these cases. All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 25-90013.

It is further,

**ORDERED** that:

---

[1] The debtors and debtors-in-possession in these Chapter 11 Cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: PrimaLend Capital Partners, LP (0313) ("**PCP**"), Good Floor Loans LLC (8219) ("**GFL**"), and LNCMJ Management, LLC (1374) ("**LNCMJ**"). The location of the Debtors' headquarters is 3460 Lotus Dr. Ste. 100, Plano, TX 75075.

    A.      One docket shall be maintained for the Debtors' cases, under the case number assigned to PrimaLend Capital Partners, LP;

    B.      All pleadings, orders, and other papers filed shall be captioned with the style reflected above, and shall reflect that the cases are jointly administered under the case number assigned to PrimaLend Capital Partners, LP;

    C.      The United States Trustee shall conduct the first meeting of creditors for each of the Debtors as scheduled;

    D.      Counsel for the Debtors shall prepare and maintain one Official Service List pursuant to a Motion for Order Establishing Notice Procedures and Limiting Notice;

    E.      Proofs of claim filed by creditors of any Debtor shall reflect the style and case number of the Debtor to which the claim relates and in whose case such claim is to be filed;

    F.      Separate claims registers shall be maintained for each Debtor; and

    G.      Each Debtor shall file separate Monthly Operating Reports in each case.

It is further,

**ORDERED** that the docket for PrimaLend Capital Partners, LP, Case No. 25-90013 should be consulted for all matters affecting these cases. It is further,

**ORDERED** that this order is subject to reconsideration *de novo* if an objection to the relief granted herein is filed by a party in interest within fourteen (14) calendar days from entry of this order. Counsel for Debtors shall serve a copy of this order on the parties listed in the current service list and file a certificate of service with the Court by no later than the next business day after its entry.

### # # END OF ORDER # # #

**Order submitted by:**

*/s/ Jason P. Kathman*
Jason P. Kathman (Texas Bar No. 24070036)
Laurie N. Patton (Texas Bar No. 24078158)
Alex Anderson (Texas Bar No. 24138084)
**SPENCER FANE LLP**
5700 Granite Parkway, Suite 650
Plano, TX 75024
(972) 324-0300 – Telephone
(972) 324-0301 – Facsimile
Email: jkathman@spencerfane.com
      lpatton@spencerfane.com
      alanderson@spencerfane.com

-and-

Zachary R.G. Fairlie (*Pro Hac Vice* Pending)
**SPENCER FANE LLP**
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
(816) 474-8100 – Telephone
(816) 474-3216 - Facsimile
Email: zfairlie@spencerfane.com

**PROPOSED COUNSEL FOR
DEBTORS AND DEBTORS-IN-POSSESSION**

4