UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case 25-90013-MXM11 |
| PRIMALEND CAPITAL PARTNERS, LP, § | |
| § | Ch. 11 |
| Debtor § | |
| § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** the undersigned counsel hereby appears as counsel for CIBC Bank USA (**CIBC**), as Administrative Agent for the Senior Secured Lenders, a creditor and party in interest pursuant to, among other things, 11 USC §1109(b) and pursuant to, among other things, Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, CIBC requests that all notices given or required to be given, and all papers served or required to be served, in this case be given to and served on:

Michael J. McKleroy
SBN: 24000095, FBN:  576095
mmckleroy@hinshawlaw.com
*--Attorney in Charge*
1717 Main Street, Suite 3625
Dallas, Texas 75201
945.229.6390 / 312.704.3001 (fax)
mmckleroy@hinshawlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure (**Bankruptcy Rules**), including without limitation, those Bankruptcy Rules specified above, but also including without limitation, any plan and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, answers, responses, memoranda and/or briefs in support of the foregoing, any other documents brought before the Court with respect to those pleadings, whether

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise, which (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including, without limitation, CIBC with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor and/or CIBC may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct of CIBC.

**PLEASE TAKE FURTHER NOTICE** that CIBC intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the right of CIBC to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) the right of CIBC to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the right of CIBC to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which CIBC is or may be entitled under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments CIBC expressly hereby reserves and preserves in this case.

Date: October 22, 2025

Respectfully submitted,

   */s/ Michael J. McKleroy, Jr.*
Michael J. McKleroy
SBN: 24000095, FBN:  576095
HINSHAW & CULBERTSON LLP
1717 Main Street, Suite 3625
Dallas, Texas 75201
Telephone: 945.229.6390
Facsimile:  312.704.3001
mmckleroy@hinshawlaw.com

**ATTORNEYS FOR CREDITOR CIBC**

## CERTIFICATE OF SERVICE

A true and correct copy of this document was served on October 22, 2025 as follows:

Jason P. Kathman
Spencer Fane
5700 Granite Parkway, Suite 650
Plano, Texas 75024
**VIA CM/ECF SYSTEM**

   */s/ Michael J. McKleroy, Jr.*
Michael J. McKleroy, Jr.