**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 25-90013 |
| PRIMALEND CAPITAL PARTNERS, LP | * * | |
| Debtor | * * | Chapter 11 |

**************************************************************************

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that undersigned counsel hereby appears as counsel for CIBC Bank USA ("CIBC"), as Administrative Agent for the Senior Secured Lenders, a creditor and party in interest pursuant to, among other things, 11 U.S.C. §1109(b), and pursuant to, among other things, Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, CIBC requests that all notices given or required to be given, and all papers served or required to be served, in this case be given to and served on:

Stephen P. Strohschein
**HINSHAW & CULBERTSON LLP**
400 Convention Street, Ste. 1001
Baton Rouge, Louisiana  70802
Telephone:  (225) 333-3250
Facsimile: (312) 704-3001
sstrohschein@hinshawlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), including, without limitation, those Bankruptcy Rules specified above, but also includes, without limitation, any plan and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, answers, responses, memoranda and/or briefs in support of the foregoing, any other documents brought before the Court with respect to those pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand

delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise, which (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including, without limitation, CIBC with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor and/or CIBC may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct of CIBC.

**PLEASE TAKE FURTHER NOTICE** that CIBC intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the right of CIBC to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) the right of CIBC to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of CIBC to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which CIBC is or may be entitled under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments CIBC expressly hereby reserves and preserves in this case.

Respectfully submitted, this 22nd day of October, 2025.

Respectfully Submitted:

*/s/ Stephen P. Strohschein*
Stephen P. Strohschein
Texas State Bar Roll No. 24120608
**HINSHAW & CULBERTSON LLP**
400 Convention Street, Ste. 1001
Baton Rouge, Louisiana  70802
Telephone:  (225) 333-3250
Facsimile:   (312) 704-3001
Email:  sstrohschein@hinshawlaw.com

ATTORNEYS FOR CIBC BANK USA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 25-90013 |
| PRIMALEND CAPITAL PARTNERS, LP | * * | |
|    Debtor | * * | Chapter 11 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the Notice of Appearance on behalf of CIBC Bank USA was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.

New Orleans, Louisiana on this 22nd day of October, 2025.

                                              */s/ Stephen P. Strohschein*
                                              Stephen P. Strohschein