BTXN 105a (rev. 09/19)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: Primalend Capital Partners, LP

Plaintiff(s)

Case No.: 25-90013

v.

Adversary No.:

Defendant(s)

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Spielman, E. Stewart
   *Last / First / MI*

2. Firm Name: Hinshaw and Culbertson

3. Address: 400 Poydras Street, Ste. 3150
   New Orleans, LA 70130

4. Phone: (504) 904-8060  FAX: (225) 612-7162
   Email: sspielman@hinshawlaw.com

5. Name used to sign *all* pleadings: E. Stewart Spielman

6. Retained by: CIBC Bank USA

7. Admitted on October 10, 2003 and presently a member in good standing of the bar of the highest court of the state of Louisiana and issued the bar license number of 28766.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | District Court - EDLA, MDLA, WDLA | November 21, 2003 |
   | Bankruptcy Ct - EDLA, MDLA, WDLA | November 21, 2003 |
   | US 5th Circuit | October 10, 2003 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

  ☒ Yes ☐ No

  If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

  ☐ Yes ☒ No

  If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

  ☐ Yes ☒ No

  If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

  | Date of Application | Case No. and Style |
  |---|---|
  | _____ | _____ |
  | _____ | _____ |
  | _____ | _____ |

13. Local counsel of record: Michael J. McKleroy

14. Local counsel's address: Hinshaw and Culbertson
    1717 Main Street, Suite 3625, Dallas, TX 75201

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒  I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐  I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

E. Stewart Spielman                                              10/22/2025
Printed Name of Applicant                                        Date

*Stewart Spielman*
Signature of Applicant

# LOUISIANA ATTORNEY DISCIPLINARY BOARD

**OFFICE OF THE DISCIPLINARY COUNSEL**
4000 S. Sherwood Forest Blvd.
Suite 607
Baton Rouge, Louisiana 70816
(225) 293-3900 • 1-800-326-8022 • FAX (225) 293-3300

September 16, 2025

To Whom It May Concern:

## STATEMENT OF DISCIPLINE

This is to certify that there is not now pending, nor any record of any public or private disciplinary action or disciplinary proceeding against:

**Edgar Stewart Spielman**
**Louisiana State Bar Roll No. 28766**
**Date of Admission: 10/10/2003**

on file with the Office of the Disciplinary Counsel. Current status reflects that attorney is in good standing and eligible to practice law in the State of Louisiana.

_____
ANDERSON O. DOTSON, III.
Chief Disciplinary Counsel

AOD/kwm