IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>PRIMALEND CAPITAL PARTNERS, LP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90013 (MXM)<br><br>(Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that Katten Muchin Rosenman LLP, by and through the undersigned, hereby makes an appearance as proposed special counsel to Debtor LNCMJ Management, LLC at the sole direction of Matthew R. Kahn in his capacity as Independent Manager and Sole Member of the Special Committee in the above-captioned chapter 11 cases, and files this Notice of Appearance and Request for Service of Pleadings pursuant to 11 U.S.C. § 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests copies of all notices, pleadings, orders, and other papers served or required to be served in this case, pursuant to Bankruptcy Rules 2002, 3017(a), 9007, and 9010. All such notices should be addressed as follows:

---

[1] The debtors and debtors-in-possession in these Chapter 11 Cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: PrimaLend Capital Partners, LP (0313) ("PCP"), Good Floor Loans LLC (8219) ("GFL"), and LNCMJ Management, LLC (1374) ("LNCMJ"). The location of the Debtors' headquarters is 3460 Lotus Dr. Ste. 100, Plano, TX 75075.

1

Yelena Archiyan
**KATTEN MUCHIN ROSENMAN LLP**
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Telephone: (214) 765-3657
Facsimile: (214) 765-3602
Email: yelena.archiyan@katten.com

-and-

Cindi M. Giglio
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-3828
Facsimile: (212) 940-8776
Email: cgiglio@katten.com

-and-

Timothy H. Gray
**KATTEN MUCHIN ROSENMAN LLP**
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3404
Telephone: (202) 625-3608
Facsimile: (202) 298-7570
Email: timothy.gray@katten.com

PLEASE TAKE FURTHER NOTICE that this request includes, without limitation, motions, applications, complaints, demands, notices of motions, notices of applications, notices of hearings, petitions, objections, answers, responses, replies, claims, schedules, statements, reports, and all other pleadings, requests or notices, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, other commercial carrier, hand delivery, facsimile, telegraph, telex, e-mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that the request is also made that the attorneys identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned cases.

Dated: October 22, 2025

Respectfully submitted,

*/s/ Yelena Archiyan*
Yelena Archiyan, SBN: 24119035
**KATTEN MUCHIN ROSENMAN LLP**
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Telephone: (214) 765-3657
Facsimile: (214) 765-3602
Email: yelena.archiyan@katten.com

*Proposed Special Counsel to Debtor LNCMJ Management, LLC at the sole direction of Matthew R. Kahn in his capacity as Independent Manager and Sole Member of the Special Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, I caused a true and correct copy of the foregoing document to be served by the Court's Electronic Case Filing (ECF) System for the Unites States Bankruptcy Court for the Northern District of Texas.

*/s/ Yelena E. Archiyan*
Yelena E. Archiyan

304282716v1