# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: Primalend Capital Partners, LP

Plaintiff(s)

Case No.: 25-90013-mxm11

v.

Adversary No.:

Defendant(s)

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Alexis, Heather L.__
       *Last    First    MI*

2. Firm Name: __Hinshaw and Culbertson__

3. Address: __400 Poydras Street, Suite 3150__
   __New Orleans, LA 70130__

4. Phone: __(504) 904-8062__    FAX: __F: 504-617-7623__
   Email: __halexis@hinshawlaw.com__

5. Name used to sign *all* pleadings: __Heather L. Alexis__

6. Retained by: __CIBC Bank USA__

7. Admitted on __October 2007__ and presently a member in good standing of the bar of the highest court of the state of __Louisiana__ and issued the bar license number of __31227__.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | District Court - EDLA, MDLA, WDLA | 10/2007 |
   | Bankruptcy Ct - EDLA, MDLA, WDLA | 10/2007 |
   | US 5th Circuit | 10/2007 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | _____ | _____ |
    | _____ | _____ |
    | _____ | _____ |

13. Local counsel of record: Michael J. McKleroy

14. Local counsel's address: Hinshaw and Culbertson
    1717 Main Street, Suite 3625, Dallas, TX 75201

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Heather L. Alexis                                              10/22/2025
Printed Name of Applicant                                      Date

*Heather L. Alexis*
Signature of Applicant

# United States of America

# State of Louisiana

# Supreme Court of the State of Louisiana

I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**HEATHER LASALLE ALEXIS ESQ., #31227**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 18th Day of October, 2007 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 7th Day of October, 2024, A.D.

*Veronica Odinet Koclanes*

**Clerk of Court**
**Supreme Court of Louisiana**