BTXN 105a (rev. 09/19)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: Primalend Capital Partners, LP

§
§
§ Case No.: 25-90013
Plaintiff(s) §
§
v. §
§ Adversary No.:
§
Defendant(s) §
§

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: J. Logan Rappaport
   *Last         First         MI*

2. Firm Name: Hinshaw and Culbertson

3. Address: 800 Third Avenue, 13th Floor
   New York, NY  10022

4. Phone: (212) 655-3864    FAX: F: (212) 935-1166

   Email: lrappaport@hinshawlaw.com

5. Name used to sign *all* pleadings: J. Logan Rappaport

6. Retained by: CIBC Bank USA

7. Admitted on March 20, 2007 and presently a member in good standing of the bar of the highest court of the state of New York and issued the bar license number of 4496826.

8. Admitted to practice before the following courts:

   | *Court:* | *Admission Date:* |
   |---|---|
   | US District Court - (Eastern New York) | 2007 |
   | US District Court (Northern New York) | 2010 |
   | 2nd Circuit Court | 2010 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    *Date of Application*          *Case No. and Style*

    _____          _____

    _____          _____

    _____          _____

13. Local counsel of record:  Michael J. McKleroy

14. Local counsel's address:  Hinshaw and Culbertson
    1717 Main Street, Suite 3625, Dallas, TX 75201

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

J. Logan Rappaport                                                            10/22/2025
Printed Name of Applicant                                                  Date

*J. Logan Rappaport*
Signature of Applicant



*Appellate Division of the Supreme Court
of the State of New York
First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Justin Logan Rappaport

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 20, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on October 10, 2025.

*Clerk of the Court*

CertID-00254617



# Supreme Court of the State of New York
## Appellate Division, First Department

| | |
|---|---|
| **DIANNE T. RENWICK**<br>Presiding Justice | **MARGARET SOWAH**<br>Deputy Clerk of the Court |
| **SUSANNA MOLINA ROJAS**<br>Clerk of the Court | **DOUGLAS C. SULLIVAN**<br>Deputy Clerk of the Court |

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the First Judicial Department](#).

    Bar examination history is available from the [New York State Board of Law Examiners](#).

    Instructions, forms and links are available on [this Court's website](#).

*Susanna Rojas*
Susanna Rojas
Clerk of the Court

Revised October 2020