| | |
|---|---|
| Jason S. Brookner (TX Bar No. 24033684) | Harrison Denman (admitted *pro hac vice*) |
| Aaron M. Kaufman (TX Bar No. 24060067) | Laura Garr (admitted *pro hac vice*) |
| **GRAY REED** | **WHITE & CASE LLP** |
| 1601 Elm Street, Suite 4600 | 1221 Avenue of the Americas |
| Dallas, TX 75201 | New York, NY 10020 |
| Telephone: (214) 954-4135 | Telephone: (212) 819-8200 |
| Facsimile: (214) 953-1332 | Facsimile: (212) 354-8113 |
| Email:   jbrookner@grayreed.com | Email:   harrison.denman@whitecase.com |
|            akaufman@grayreed.com |            laura.garr@whitecase.com |

*Counsel to Ad Hoc Group of PCAP Unsecured Noteholders*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PRIMALEND CAPITAL PARTNERS, LP, *et al.*, | ) | Case No. 25-90013 (MXM) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**RESERVATION OF RIGHTS OF THE AD HOC GROUP OF PCAP UNSECURED NOTEHOLDERS TO ENTRY OF THE SECOND INTERIM DIP ORDER**

The ad hoc group of holders (the "**Ad Hoc Group**," with each individual member a "**Holder**") of approximately 90% of the 6.50% Senior Secured Notes due 2028 (the "**Notes**") issued pursuant to those certain note purchase agreements (collectively, the "**Note Purchase Agreement**"), dated as of July 9, 2021, by and among PCAP Holdings LP ("**PCAP**") hereby states as follows in support of this reservation of rights (the "**Reservation of Rights**") with respect to entry of a second interim order granting the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing (A) Postpetition Financing and (B) the Use of Cash Collateral, (II)*

---

[1] The debtors and debtors-in-possession in these chapter 11 cases (the "**Debtors**"), along with the last four digits of their respective Employer Identification Numbers, are as follows: PrimaLend Capital Partners, LP (0313) ("**PCP**"), Good Floor Loans LLC (8219) ("**GFL**"), and LNCMJ Management, LLC (1374) ("**LNCMJ**"). The location of the Debtors' headquarters is 3460 Lotus Dr. Ste. 100, Plano, TX 75075.

4938-4851-9547

*Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Prepetition Lenders, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 30] (the "**DIP Motion**"):[2]

## RESERVATION OF RIGHTS

1. The Ad Hoc Group understands from counsel to the Debtors that they intend to seek approval of the DIP Motion on a second interim basis at the hearing currently scheduled for November 20, 2025. Consistent with that limited relief, the Ad Hoc Group understands that the lone change to the Interim Order [Docket No. 79] will be to extend the Maturity Date to December 16, 2025. The Ad Hoc Group does not object to entry of a second interim order that memorializes that limited relief.

2. Nonetheless, the Ad Hoc Group's concerns regarding the Debtors' final entry into the PCP DIP Facility remain unresolved.[3] Specifically, the Ad Hoc Group remains opposed to, among other things, the guaranty by PCAP of the PCP DIP Obligations notwithstanding that PCAP will not receive any proceeds nor benefit from the incurrence in any way. Likewise, the Ad Hoc Group remains opposed to the release of certain claims and causes of action that PCAP may have as against the DIP Secured Parties, again, for no consideration. The Ad Hoc Group is also opposed to the Debtors' grant of DIP Liens on the proceeds of Avoidance Actions. Finally, the Ad Hoc Group has serious concerns with PCAP's general partner – i.e., Debtor LNCMJ and its independent manager – for purposefully exercising their duties to burden PCAP and benefit its affiliates.

---

[2] To the extent applicable, the Ad Hoc Group reincorporates by reference the arguments made in its *Objection of the Ad Hoc Group of PCAP Unsecured Noteholder to Interim Approval of the DIP Motion* [Docket No. 52] (the "**Initial Objection**"). Capitalized terms used but not otherwise defined shall have the meanings ascribed to them in the DIP Motion or the Initial Objection, as applicable.

[3] The Debtors have agreed to extend the deadline for the Ad Hoc Group to object to entry of the Final DIP Order.

4938-4851-9547

3. As such, the Ad Hoc Group reserves all rights to object to final approval of the DIP Motion, to supplement and amend this Reservation of Rights, seek further discovery, and introduce evidence at any hearing in connection with the DIP Motion.

Respectfully submitted this 20th day of November 2025.

**GRAY REED**

By: */s/ Jason S. Brookner*
    Jason S. Brookner
    Texas Bar No. 24033684
    Aaron M. Kaufman
    Texas Bar No. 24060067
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email:    jbrookner@grayreed.com
           akaufman@grayreed.com

– and –

**WHITE & CASE LLP**
Harrison Denman (admitted *pro hac vice)*
Laura Garr (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:    harrison.denman@whitecase.com
           laura.garr@whitecase.com

*Counsel to Ad Hoc Group of PCAP Unsecured Noteholders*

## Certificate of Service

      The undersigned hereby certifies that on the 20th day of November 2025, he caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas and via electronic transmission on proposed counsel to the Debtors, counsel for the PCP Dip Agent, and the Office of the United States Trustee as follows:

| | | |
|---|---|---|
| Spencer Fane LLP<br>5700 Granite Parkway, Suite 650<br>Plano, TX 75024<br>Attn: Jason Kathman<br>(jkathman@spencerfane.com)<br><br>and<br><br>1000 Walnut, Suite 1400<br>Kansas City, MO 64106<br>Attn: Zachary R.G. Fairlie<br>(zfairlie@spencerfane.com) | Hinshaw & Culbertson LLP<br>400 Poydras Street, Suite 3150<br>New Orleans, LA 70130<br>Attn: Stewart Spielman<br>(sspielman@hinshawlaw.com) | Office of the United States Trustee<br>Northern District of Texas, Region 6<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75242<br>Attn: Elizabeth Young<br>(Elizabeth.A.Young@usdoj.gov)<br>and Susan Hersh<br>(Susan.Hersh@usdoj.gov) |

                                                       */s/ Jason S. Brookner*
                                                      Jason S. Brookner

4938-4851-9547