**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re:<br><br>PRIMALEND CAPITAL PARTNERS, LP, ET AL.[1]<br><br>  AFFECTS THIS DEBTOR  ☐<br>  GOOD FLOOR LOANS LLC  ☐<br>  LNCMJ MANAGEMENT, LLC  ☐<br>  PCAP HOLDINGS, LP[2]  ☒<br><br>      Debtors. | Lead Case No.: 25-90013-MXM<br>Chapter 11<br><br>*Jointly Administered with:*<br><br>Good Floor Loans LLC<br>Case No. 25-90014-mxm<br><br>LNCMJ Management, LLC<br>Case No. 25-90015-mxm<br><br>*Joint Administration Requested:*<br><br>PCAP Holdings, LP<br>Case No. 25-90016-mxm |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**PCAP HOLDINGS, LP**
**(CASE NO. 25-90016-MXM)**

---

[1] The debtors and debtors-in-possession in these Chapter 11 Cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: PrimaLend Capital Partners, LP (0313) ("PCP"), Good Floor Loans LLC (8219) ("GFL"), and LNCMJ Management, LLC (1374) ("LNCMJ"). The location of the Debtors' headquarters is 3460 Lotus Dr. Ste. 100, Plano, TX 75075.

[2] The debtor and debtor-in-possession in these Chapter 11 Cases, along with the last four digits of its Employer Identification Number, PCAP Holdings, LP (8774) ("PCAP"). The location of the Debtor's headquarters is 3460 Lotus Dr. Ste. 100, Plano, TX 75075.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **PCAP Holdings, LP, *et al.*[1]** | § | **Case No. 25-90016 (MXM)** |
| | § | |
| **Debtor** | § | **(Jointly Administered)** |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY
AND DISCLAIMER REGARDING THE DEBTOR'S SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

PCAP Holdings, LP ("PCAP") debtor and debtor-in-possession in the above referenced bankruptcy case is filing its respective Schedules of Assets and Liabilities (collectively, the "**Schedules**") and Statements of Financial Affairs (collectively, the "**Statements**," and together with the Schedules, collectively, the "**Schedules and Statements**") in the United States Bankruptcy Court for the District of Texas (the "**Court**"). The Debtor, with the assistance of its professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, as amended (the "**Bankruptcy Code**"), and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statement of Limitations, Methodology and Disclaimer regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and compose an integral part of, all of the Schedules and Statements. These Global Notes should be referred to as part of, and reviewed in connection with, the Schedules and Statements.

The Schedules and Statements have been prepared based on information provided by the Debtor's management personnel and their professional advisors, and are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtor relied on financial data derived from their books and records that was available at the time of preparation. The Debtor has used commercially reasonable efforts to ensure the accuracy and completeness of such information and data; however, subsequent information, data, or discovery may result in material changes to the Schedules and Statements and inadvertent errors, omissions, or inaccuracies may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

---

[1] The debtor and debtor-in-possession in these Chapter 11 Cases, along with the last four digits of its Employer Identification Number, PCAP Holdings, LP (8774) ("PCAP"). The location of the Debtor's headquarters is 3460 Lotus Dr. Ste. 100, Plano, TX 75075.

**The Schedules and Statements and these Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtor.**

The Debtor and its past or present directors, officers, attorneys, professionals and agents do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtor and its past or present officers, attorneys, professionals and agents expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or recategorized. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.

In no event shall the Debtor or its past or present directors, officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Authorized Representative) be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

**Reservation of Rights**.  Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any rights of the Debtor and its estates or an admission with respect to the Debtor's chapter 11 cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination or recharacterization of debt, defenses, characterization or re-characterization of contracts, leases and claims, assumption or rejection of contracts and leases and/or causes of action arising under the Bankruptcy Code or any other applicable laws.

**Description of the Cases and "As of" Information Date**.  On December 12, 2025 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief with the Court under chapter 11 of the Bankruptcy Code.  Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtor included in the Schedules and Statements and these Global Notes is provided as of the Petition Date or as close thereto as reasonably practicable under the circumstances.

**Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("**GAAP**"), nor are they intended to fully reconcile to any financial statements prepared by the Debtor. Therefore, combining the assets and liabilities set forth in the Schedules and Statements could result in amounts that could be substantially different from any financial information regarding the Debtor prepared on a consolidated basis under GAAP.

As of the Petition Date, the Debtor did not conduct its normal accounting close process, therefore the normal procedures for reconciling accounts, recording and/or adjusting entries, and preparing financial statements (for the period ending as of the Petition Date) was not completed.

As such, the Debtor developed the information presented in the Schedules and Statements as of the Petition Date based on currently available and accessible information, and in certain instances, amounts may reflect estimates. The subsequent receipt of additional data and information, including but not limited to vendor invoices, could be material.

**Recharacterization**. Notwithstanding the Debtor's commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in the Schedules and Statements, and the Debtor and its estates reserve all rights in this regard.

**Insiders**. For purposes of the Schedules and Statements, the Debtor defines "insiders" pursuant to section 101(31) of the Bankruptcy Code. This includes, "insiders" defined as: (a) general partner in PCAP, (b) relative of a general partner in, general partner of, or person in control of PCAP, (c) partnership in which PCAP is a general partner, (d) general partner of PCP, or (e) person in control of PCP or (f) an affiliate of the Debtor.

As it pertains to identified insiders, the Debtor and its estates do not take any position with respect to: (a) any such person's influence over the control of the Debtor; (b) the management responsibilities or functions of any such individual; (c) the decision-making or corporate authority of any such individual; or (d) whether any such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Summary of Significant Reporting Policies**. The following is a summary of certain significant reporting policies:

a. **Current Market Value – Net Book Value**. Unless otherwise indicated, the asset values reflected in the Schedules and Statements are presented at net book value as maintained in the Debtor's books and records as of the Petition Date. The Debtor has not obtained current market valuations for their assets, as doing so would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources. Book values do not represent current market value, estimated recoverable value, or the amount that could be realized in a sale, liquidation, or other disposition of the assets. The Debtor makes no representation regarding the realizable value of any asset disclosed herein.

b. **Setoffs**. To the extent the Debtor has incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, such setoffs are excluded from the Schedules and Statements. The Debtor and its estates reserve all rights with respect to any such setoffs.

c. **Credits and Adjustments**. Claims of creditors and/or prepayments from clients are listed in the amounts entered on the Debtor's books and records, and may not reflect certain

credits, allowances or other adjustments due from such creditors to the Debtor. The Debtor and its estates reserve all rights with regard to any such credits, allowances, and other adjustments, including, without limitation, the right to assert claims, objections, setoffs, and recoupments with respect to the same.

      d.    **Executory Contracts and Unexpired Leases**. The Debtor has not identified any executory contracts or unexpired leases. Notwithstanding, the Debtor reserves all of its rights, claims, and causes of action with respect to amending the Schedules and adding contracts and agreements.

      e.    **Unknown or Undetermined Amounts**. Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

      f.    **Liabilities**. The Debtor has sought to allocate liabilities between the prepetition and post-petition periods based on the information available at the time of filing the Schedules and Statements. If additional information becomes available or further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtor and its estates reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

      g.    **Estimates**. The Debtor was required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses. The Debtor and its estates reserve all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

      h.    **Claims Description**. The Debtor and its estates reserve all rights to dispute, and to assert any offsets or defenses to, any claim reflected on the applicable Schedule on any grounds, including, without limitation, amount, liability, validity, priority, or classification, and to subsequently designate any claim as "contingent," "unliquidated, or "disputed."

## NOTES FOR SCHEDULES

**Schedule A/B Question 15:** The Debtor holds ownership interests in certain non-publicly traded entities, all of which are affiliate Debtor entities. The Debtor has not undertaken an independent valuation or appraisal of these interests and therefore no current value has been ascribed to them. Accordingly, the value of each such interest is reported as "Undetermined".

**Schedule A/B Question 77:** The Debtor holds intercompany loan receivables from Good Floor Loans LLC ("GFL"), Primalend Capital Partners, LP ("PCP"), and Primalend Real Estate LLC ("PRE"). GFL and PCP are Debtor affiliates that commenced chapter 11 cases in the United States Bankruptcy Court for the Northern District of Texas on October 22, 2025. Accordingly, the amounts receivable from GFL and PCP reflect principal and interest accrued through October 22, 2025. PRE is a non-Debtor affiliate subsidiary, and the amounts receivable from PRE reflect principal and interest accrued through December 11, 2025.

**Schedule E/F – Creditors Who Have Unsecured Claims.**

The Debtor has used commercially reasonable efforts to include all known unsecured creditors of Schedule E/F.

Certain creditors listed on Part 2 of Schedule E/F may owe amounts to the Debtor; accordingly, the Debtor and its estates may have valid setoff and recoupment rights with respect to such amounts. Also, the amounts listed on Part 2 of Schedule E/F reflect known prepetition claims as of the Petition Date, and may not include certain contingent and unliquidated amounts. The Debtor and its estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of Schedule E/F.

The PCAP notes are held in book-entry form through the Depository Trust Company ("DTC"). The Debtor does not maintain records identifying the underlying beneficial owners of the notes, whose identities may differ from the registered holders. Accordingly, the Debtor may not have the most current holder information and have listed the noteholder information reflected in their books and records. The amounts set forth herein reflect the outstanding principal and accrued interest as of the Petition Date.

## NOTES FOR STATEMENTS

**Statement 1**. Statement 1 reflects interest income earned by the Debtor from intercompany loans made to PCP, GFL, and PRE, which loans were funded with proceeds of the Debtor's unsecured notes. Due to the automatic stay arising from the chapter 11 filings of PCP and GFL, the revenues reported for such entities for calendar year 2025 include interest income earned from January 1, 2025 through October 22, 2025. Interest income from PRE for the current year reflects amounts earned from January 1, 2025 through December 11, 2025. The Debtor's books and records are maintained on an accrual basis, and revenues are reported based on interest earned during the applicable periods, whether or not such amounts were received in cash.

**Statement 25**. The dates listed in response to Statement 25 reflect the periods during which the Debtor held an ownership or other interest in the entities identified, and do not necessarily correspond to the dates on which such entities were formed, operated, or existed. The information is presented based on the Debtor's books and records, and the Debtor reserves all rights with respect to the characterization, duration, and nature of any such interests.

**Statement 26b**. Statement 26b identifies the individuals and firms that have audited the Debtor's books and records. The Debtor has made their best efforts to provide accurate information regarding the applicable audit periods and dates based on available records.

**Statement 26d**. Within the two years prior to the Petition Date, the Debtor provided financial statements to numerous parties in the ordinary course of business to  and in connection with restructuring and marketing efforts. Some financial information may have been shared by third parties without the Debtor's knowledge or consent, or pursuant to confidentiality agreements, the Debtor may not be aware of all parties that ultimately received such materials for purposes of Statement 26d. In addition, from time to time, the Debtor provided financial statements to various parties for business, statutory, credit, financing, or other commercial reasons. Recipients have

included regulatory agencies, financial institutions, investment banks, unsecured creditors, vendors, landlords, equity holders and their legal or financial advisors, as well as parties who expressed interest or participated as bidders in a sale process. The Debtor does <u>not</u> maintain complete lists or detailed records tracking each such disclosure. Therefore, the Debtor has not listed an parties for Statement 26d.

**These Global Notes are in addition to the specific notes set forth in the Schedules and Statements of the Debtor. The fact that the Debtor has prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtor to exclude the applicability of such Global Note in the Debtor's remaining Schedules or Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.**

**Fill in this information to identify the case:**

Debtor name: PCAP Holdings, LP

United States Bankruptcy Court for the: Northern District of Texas

Case number: 25-90016

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:**<br>Copy line 88 from Schedule A/B | $0.00 |
| 1b. **Total personal property:**<br>Copy line 91A from Schedule A/B | $78,779,208.34 |
| 1c. **Total of all property:**<br>Copy line 92 from Schedule A/B | $78,779,208.34 |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

| | |
|---|---|
| Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D | $166,722,797.68 |

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 5a of Schedule E/F | $0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $104,269,226.90 |

**4. Total Liabilities**
Lines 2 + 3a + 3b

$270,992,024.58

Fill in this information to identify the case:

Debtor name: PCAP Holdings, LP

United States Bankruptcy Court for the: Northern District of Texas

Case number: 25-90016

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 Plains Capital Bank | Operating Account | 1902 | $0.00 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                     $0.00

### Part 2:  Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

|  | Current value of debtor's interest |
|---|---|
| 7.1 | $0.00 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

|  | |
|---|---|
| 8.1 | $0.00 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$0.00

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| 11a. | 90 days old or less: | _____ — _____ = ...... ➜ | $0.00 |
|---|---|---|---|
|  |  | face amount                  doubtful or uncollectible accounts | |
| 11b. | Over 90 days old: | _____ — _____ = ...... ➜ | $0.00 |
|  |  | face amount                  doubtful or uncollectible accounts | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$0.00

## Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | | | $0.00 |
|---|---|---|---|

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                    % of ownership:

| 15.1 | Good Floor Loans LLC (Member Interest) | 100 | Undetermined | Undetermined |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 15.2 | PrimaLend Capital Partners, LP (LP Interest) | 100 | Undetermined | Undetermined |
| 15.3 | PrimaLend Real Estate LLC (Member Interest) | 100 | Undetermined | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| | | | |
|---|---|---|---|
| 16.1 | | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$0.00

---

**Part 5:    Inventory, excluding agriculture assets**

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1 | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                    $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 | | | $0.00 |
| **40. Office fixtures** | | | |
| 40.1 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 | | | $0.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $0.00 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |

**49. Aircraft and accessories**

49.1 _____  _____  _____  _____  $0.00

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1 _____  _____  _____  _____  $0.00

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $0.00 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 9:    Real Property**

---

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | $0.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:    Intangibles and intellectual property**

---

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |
| **65. Goodwill** | | | |
| 65.1 | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

Intercompany Note (Good Floor Loans)

$7,872,395.84

total face amount

– doubtful or uncollectible amount

= ➤ $7,872,395.84

71.2

Intercompany Note (PrimaLend Capital Partners, LP)

$64,553,645.84

total face amount

– doubtful or uncollectible amount

= ➤ $64,553,645.84

71.3

Intercompany Note (PrimaLend Real Estate)

$6,353,166.66

total face amount

– doubtful or uncollectible amount

= ➤ $ 6,353,166.66

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

Tax year

$0.00

**73. Interests in insurance policies or annuities**

73.1

$0.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

$0.00

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

$0.00

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1

$0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

$0.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $78,779,208.34 |
|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $0.00 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| **88. Real property. Copy line 56, Part 9.** | ➔ | $0.00 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | $0.00 | |
| **90. All other assets.** Copy line 78, Part 11. | $78,779,208.34 | |
| **91. Total. Add lines 80 through 90 for each column** | 91a. $78,779,208.34 | 91b. $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.

$78,779,208.34

**Fill in this information to identify the case:**

Debtor name: PCAP Holdings, LP

United States Bankruptcy Court for the: Northern District of Texas

Case number: 25-90016

☐ Check if this is an amended filing

**Official Form 206D**

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:** List Creditors Who Have Claims Secured by Property

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 | | | |

2.1

BOKF dba Bank of Texas
1401 McKinney
Suite 1000
Houston, TX 77010

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Pari passu

**Describe debtor's property that is subject to the lien:**
Assets - as described in UCC 1

**Describe the lien**
UCC 1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $9,112,202.37

Column B: Undetermined

Debtor    PCAP Holdings, LP
Name
Case number *(if known)* 25-90016

## 2.2

Cadence Bank
2651 North Harwood Street
Dallas, TX 75201

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Pari passu

**Describe debtor's property that is subject to the lien:**
Assets - as described in UCC 1

**Describe the lien**
UCC 1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,112,202.37    Undetermined

## 2.3

CIBC Bank
120 S LaSalle Street
Chicago, IL 60603

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Pari passu

**Describe debtor's property that is subject to the lien:**
Assets - as described in UCC 1

**Describe the lien**
UCC 1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$29,614,657.05    Undetermined

**2.4**

CIBC Bank
120 S LaSalle Street
Chicago, IL 60603

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Cash Collateral

**Describe the lien**
UCC 1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$4,981,205.69    $5,179,362.22

**2.5**

First Horizon Bank
165 Madison Avenue
Memphis, TN 38103

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Pari passu

**Describe debtor's property that is subject to the lien:**
Assets - as described in UCC 1

**Describe the lien**
UCC 1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$22,780,506.17    Undetermined

2.6

Georgia Banking Company
1776 Peachtree Street NW
Suite 150
Atlanta, GA 30309

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Pari passu

**Describe debtor's property that is subject to the lien:**
Assets - as described in UCC 1

**Describe the lien**
UCC 1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,556,101.49     Undetermined

2.7

Hancock Whitney Bank
701 Poydras Street
New Orleans, LA 70139

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Pari passu

**Describe debtor's property that is subject to the lien:**
Assets - as described in UCC 1

**Describe the lien**
UCC 1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,946,353.93     Undetermined

**2.8**

Huntington Bank f/k/a Veritex
Community Bank
8214 Westchester Drive
Suite 800
Dallas, TX 75225

**Describe debtor's property that is subject to the lien:**
Assets - as described in UCC 1

$18,224,404.67    Undetermined

**Describe the lien**
UCC 1

**Date debt was incurred?**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Pari passu

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.9**

Independent Bank
11701 Luna Road
Farmers Branch, TX 75234

**Describe debtor's property that is subject to the lien:**
Assets - as described in UCC 1

$13,668,303.84    Undetermined

**Describe the lien**
UCC 1

**Date debt was incurred?**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Pari passu

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2.10

Prosperity Bank
80 Sugar Creek Center Boulevard
Sugar Land, TX 77478

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**
☐ No
☑ Yes. Specify each creditor, including
this creditor, and its relative priority.
Pari passu

**Describe debtor's property that is subject to
the lien:**
Assets - as described in UCC 1

**Describe the lien**
UCC 1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$18,224,404.67    Undetermined

---

2.11

Sunflower Bank
8117 Preston Road
Suite 220
Dallas, TX 75225

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**
☐ No
☑ Yes. Specify each creditor, including
this creditor, and its relative priority.
Pari passu

**Describe debtor's property that is subject to
the lien:**
Assets - as described in UCC 1

**Describe the lien**
UCC 1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,112,202.34    Undetermined

2.12

Woodforest National Bank
330 Lake Robbins Drive
Suite 100
The Woodlands, TX 77380-3267

**Describe debtor's property that is subject to the lien:**
Assets - as described in UCC 1                    $11,390,253.09    Undetermined

**Describe the lien**
UCC 1

**Date debt was incurred?**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Pari passu

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $166,722,797.68

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 BOKF dba Bank of Texas<br>c/o Frederic Dorwart, Lawyers PLLC<br>Attn: Samuel S. Ory<br>124 E. 4th Street<br>Tulsa, OK 74103<br>sory@fdlaw.com | 2.2 | |
| 3.2 CIBC Bank<br>c/o Hinshaw & Culbertson LLP<br>Attn: Stephen P. Strohschein<br>400 Convention Street<br>Suite 1001<br>Baton Rouge, LA 70802<br>sstrohschein@hinshawlaw.com | 2.4 and 2.5 | |

Debtor  PCAP Holdings, LP
Name

Case number *(if known)* 25-90016

3.3

CIBC Bank
c/o Hinshaw & Culbertson LLP
Attn: Michael J. McLeroy
1717 Main Street
Suite 3625
Dallas, TX 75201
mmckleroy@hinshawlaw.com

2.4 and 2.5

3.4

CIBC Bank
Attn: David Gozdecki, Esq., Managing Director, Loan Administration –
Special Assets
120 S. LaSalle Street
Chicago, IL 60603
david.gozdecki@cibc.com

2.4 and 2.5

**Fill in this information to identify the case:**

Debtor name: PCAP Holdings, LP

United States Bankruptcy Court for the: Northern District of Texas

Case number: 25-90016

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

2.1

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

_____

**Specify Code subsection of PRIORITY unsecured claim:**

11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim: _____    Priority amount: $0.00

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

3.1

Banner Bank
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/9/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,293,402.78

3.2

Catholic Holy Family Society (CHFS)
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/7/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

$317,604.17

3.3

Customers Bank
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/9/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,586,805.56

3.4

Dime Community Bancshares, Inc.
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/9/2021

**As of the petition filing date, the claim is:**   $3,176,041.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

3.5

DYFN
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/9/2021

**As of the petition filing date, the claim is:**   $2,117,361.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

3.6

Encore Bank
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/9/2021

**As of the petition filing date, the claim is:**   $2,117,361.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

3.7

Family Benefit Life
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/7/2021

**As of the petition filing date, the claim is:**   $264,670.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.8**

FHLB Cin
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/9/2021

**As of the petition filing date, the claim is:**    $5,293,402.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.9**

First Catholic Slovak Union of the United States and Canada
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/8/2021

**As of the petition filing date, the claim is:**    $1,588,020.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.10**

First Dakota National Bank
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/7/2021

**As of the petition filing date, the claim is:**    $1,058,680.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.11**

Houston Specialty Insurance Company
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/9/2021

**As of the petition filing date, the claim is:**    $5,293,402.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.12**

Kilpatrick Life Insurance Company
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/8/2021

As of the petition filing date, the claim is:                     $264,670.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.13**

Life Insurance Company of the Southwest
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/9/2021

As of the petition filing date, the claim is:                     $3,176,041.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.14**

National Slovak Society (NSS)
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/7/2021

As of the petition filing date, the claim is:                     $5,293,402.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.15**

Amarillo National Bank
410 S Taylor St
Amarillo, TX 79101

**Date or dates debt was incurred**
9/20/2022

As of the petition filing date, the claim is:                     $16,306,772.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
PCAP guarantee of GFL Loan from ANB

**Is the claim subject to offset?**
☑ No

☐ Yes

3.16

Primalend Capital Group, Inc.
3460 Lotus Dr.
Ste. 100
Plano, TX 75075

**Date or dates debt was incurred**
12/30/2024

As of the petition filing date, the claim is:     $ 8,561,412.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
PCAP guarantee of PRE loan from PCG

**Is the claim subject to offset?**
☑ No

☐ Yes

3.17

Polish Roman Catholic Union of America (PRCUA)
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/7/2021

As of the petition filing date, the claim is:     $741,076.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

3.18

PSB Delaware, Inc
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/9/2021

As of the petition filing date, the claim is:     $5,293,402.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

3.19

Security National Financial Life Company
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/8/2021

As of the petition filing date, the claim is:     $264,670.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.20**

SPJST Life Insurance Company
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/7/2021

**As of the petition filing date, the claim is:**    $1,058,680.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.21**

SunSouth Bank
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/7/2021

**As of the petition filing date, the claim is:**    $529,340.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.22**

The Cincinnati Insurance Company
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/9/2021

**As of the petition filing date, the claim is:**    $10,586,805.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.23**

The Ohio State Life Insurance Company
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/9/2021

**As of the petition filing date, the claim is:**    $2,646,701.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.24**

The Savings Bank Life Insurance Company of Massachusetts
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/9/2021

**As of the petition filing date, the claim is:**          $1,058,680.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.25**

Thompson Bond Fund
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/9/2021

**As of the petition filing date, the claim is:**          $10,586,805.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.26**

Trinity Life
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/7/2021

**As of the petition filing date, the claim is:**          $264,670.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.27**

Ukrainian National Association
c/o BOKF NA
Department 41526
PO Box 6500020
Dallas, TX 75265

**Date or dates debt was incurred**
7/7/2021

**As of the petition filing date, the claim is:**          $529,340.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Senior Unsecured Notes

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  PCAP Holdings, LP    Case number *(if known)* 25-90016
Name

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** Amarillo National Bank<br>c/o Mullin Hoard & Brown, L.L.P.<br>Attn: Steven Hoard, Bradley Bowen, David R. Langston, Özen Zimmerman<br>PO Box 31656<br>Amarillo, TX 79120-1656<br>shoard@mhba.com; bbowen@mhba.com; drl@mhba.com; ozimmerman@mhba.com | Line 3.15<br>☐ Not listed. Explain | N/A |
| **4.2** Gray Reed<br>Attn: Jason S. Brookner, Aaron M. Kaufman<br>1601 Elm Street<br>Suite 4600<br>Dallas, TX 75201<br>214-954-4135<br>jbrookner@grayreed.com; akaufman@grayreed.com | Line 3.1-3.14; 3.17-3.27<br>☐ Not listed. Explain | N/A |
| **4.3** Vartabedian Hester & Haynes LLP<br>Attn: Jeff Prostok, Mary Taylor Stanberry, Suzanne K. Rosen<br>301 Commerce Street<br>Suite 2200<br>Fort Worth, TX 76102<br>817-214-4990<br>jeff.prostock@vhh.law; mary.stanberry@vhh.law;l suki.rosen@vhh.law.com | Line 3.1-3.14; 3.17-3.27<br>☐ Not listed. Explain | N/A |
| **4.4** Vartabedian Hester & Haynes LLP<br>Attn: Martin A. Sosland<br>2200 Ross Avenue<br>Suite 4600E<br>Dallas, TX 75201<br>469-314-2778<br>martin.sosland@vhh.law | Line 3.1-3.14; 3.17-3.27<br>☐ Not listed. Explain | N/A |

Debtor   PCAP Holdings, LP
Name

Case number *(if known)* 25-90016

4.5

| | Line | N/A |
|---|---|---|
| White & Case LLP | 3.1-3.14; 3.17-3.27 | |
| Attn: Harrison L. Denman, Laura Garr | | |
| 1221 Avenue of the Americas | ☐ Not listed. Explain | |
| New York, NY 10020-1095 | | |
| 212-819-8200 | | |
| harrison.denman@whitecase.com; laura.garr@whitecase.com | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | | 5b. | $104,269,226.90 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $104,269,226.90 |

**Fill in this information to identify the case:**

Debtor name: PCAP Holdings, LP

United States Bankruptcy Court for the: Northern District of Texas

Case number: 25-90016

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Schedule G:**    **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | _____ | _____ |
|---|---|---|---|
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

**Fill in this information to identify the case:**

Debtor name: PCAP Holdings, LP

United States Bankruptcy Court for the: Northern District of Texas

Case number: 25-90016

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Christi Jensen | Christi Jensen 3460 Lotus Drive Suite 100 Plano, TX 75075 | Amarillo National Bank | ☑ D ☐ E/F ☐ G |
| 2.2 Christi Jensen | Christi Jensen 3460 Lotus Drive Suite 100 Plano, TX 75075 | CIBC | ☑ D ☐ E/F ☐ G |
| 2.3 Mark Jensen | Mark Jensen 3460 Lotus Drive Suite 100 Plano, TX 75075 | Amarillo National Bank | ☑ D ☐ E/F ☐ G |
| 2.4 Mark Jensen | Mark Jensen 3460 Lotus Drive Suite 100 Plano, TX 75075 | CIBC | ☑ D ☐ E/F ☐ G |

2.5
Paxton Wright

Paxton Wright
6922 Prosper Street
Dallas, TX 75209

CIBC

☑ D
☐ E/F
☐ G

2.6
PCAP Holdings LP

PCAP Holdings LP
3460 Lotus Drive
Suite 100
Plano, TX 75075

Amarillo National Bank

☑ D
☐ E/F
☐ G

2.7
PCAP Holdings LP

PCAP Holdings LP
3460 Lotus Drive
Suite 100
Plano, TX 75075

CIBC

☑ D
☐ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name: PCAP Holdings, LP

United States Bankruptcy Court for the: Northern District of Texas

Case number: 25-90016

☐ Check if this is an
amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

12/26/2025                                          /s/ Tanya Meerovich
_____                    _____
Executed on                                        Signature of individual signing on behalf of debtor
                                                   Tanya Meerovich
                                                   _____
                                                   Printed name
                                                   Chief Restructuring Officer
                                                   _____
                                                   Position or relationship to debtor