## Schedule 1
## PCP Unsecured Noteholders

- Ivy Funding Three, LLC
- J Bar L, LLC
- Primalend Capital Group, Inc.
- Earth Enterprises, LLC
- Nicole D. Jensen
- Charles & LaDawn Powell Revocable Family Trust
- The Konfida Trust
- Powell Revocable Trust
- Charles Emery and Jann Powell
- Andrea McMahan IRA
- Lytle & Inez Mason
- Primalend Capital Group, Inc.
- Julie Mason and Leland Mason
- Jacob Mason
- William P. Benac, Jr.
- Sterling Shumway
- Sidney Cannata
- Baynor, LP
- Linda Burdeaux IRA
- James Franklin, Lucille Briscoe, Sharon Lee and Linda Burdeaux
- Gary McMahan
- Shawn Meyer Roth IRA
- Todd Alexander Jensen
- Morning Winterholler and Michael Winterholler
- Automobile Capital Group, LLC
- Lynne Leonard Ohrn
- Jacob Nibarger Trustee of Prosper in the Land Trust
- Warren Terry Hill & Shari H. Hill
- Bright Futures Learning Services Inc.
- FBO William P. Benac Jr. IRA
- Matthew Crockett
- Jane Justus and Samuel Justus
- Janet G. Rush
- Jeremy Garrison Martin
- Steve Mason and Glenda Mason
- Michael James Hill
- Glenda Mason
- Anne Rebecca Poon and Kah Leong Poon
- Laura Jensen
- Mary Cherian and Joanna Cherian